UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANOUCHEKA TERMITUS, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>MAPLEWOOD SENIOR LIVING, )<br> )<br>Defendant. ) | CIVIL ACTION<br>NO 21-10096-JGD |

## ORDER FOR REASSIGNMENT AND REPORT AND RECOMMENDATION

August 2, 2021

DEIN, U.S.M.J.

On January 19, 2021, Manoucheka Termitus ("Termitus") filed a *pro se* employment discrimination complaint. Docket No. 1. On January 28, 2021, Termitus was granted leave to proceed *in forma pauperis* and the clerk was directed to issue a summons for service. Docket No. 6. On February 22, 2021, the summons was returned unexecuted. Docket No. 9. On June 23, 2021, Termitus was ordered to file proof of service or show good cause why service has not been made. Docket No. 10.

As of this date there has been no response to the Court's Order nor a return to the Court of proof of service of the summons and complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court. "A district court, as part of its inherent power to manage its own docket, may dismiss a case *sua sponte* for any of the reasons prescribed in Fed. R. Civ. P. 41(b)." *Cintrn-Lorenzo v. Departamento de Asuntos del*

*Consumidor*, 312 F.3d 522, 525-26 (1st Cir. 2002). "Lack of diligent prosecution is such a reason." *Id.*

Accordingly, the Court orders as follows:

1.	Because this action is subject to dismissal for failure to comply with the Court's Order, this Court will direct that the file be returned to the Clerk's Office for REASSIGNMENT to a District Judge for dismissal without prejudice.

2.	The Court recommends that the District Judge to whom this case is reassigned that the complaint be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) .

3.	Termitus is hereby advised, pursuant to the provisions of Fed. R. Civ. P. 72(b), that if he objects to this recommendation, he must file specific written objections thereto with the Clerk of this Court within 14 days of his receipt of this Report and Recommendation. The written objections must specifically identify the portion of the recommendation, or report to which objection is made, and the basis for such objections. See Fed. R. Civ. P. 72. Termitus is further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Fed. R. Civ. P. 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation. *See Phinney v. Wentworth Douglas Hospital,* 199 F.3d 1 (1st Cir. 1999); *Sunview Condo. Ass'n v. Flexel Int'l*, 116 F.3d 962 (1st Cir. 1997); *Pagano v. Frank*, 983 F.2d 343 (1st Cir. 1993).

                                                          SO ORDERED.

                                                  /s/ Judith Gail Dein
                                                  Judith Gail Dein
                                                  U.S. Magistrate Judge