UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MANOUCHEKA TERMITUS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 21-10096-ADB |
| | * | |
| MAPLEWOOD SENIOR LIVING, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

MEMORANDUM AND ORDER ADOPTING REPORT AND RECOMMENDATION

BURROUGHS, D.J.

On August 2, 2021, Magistrate Judge Judith G. Dein issued an Order for Reassignment and Report and Recommendation (Docket No. 12) recommending to the District Judge to whom this case was assigned to dismiss the complaint without prejudice pursuant to Fed. R. Civ. P. 41(b). Plaintiff has not filed an objection to the Report and Recommendation.

Accordingly:

1. Magistrate Judge Dein's Report and Recommendation is ADOPTED in its entirety.

2. This action is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b). A separate Order for Dismissal shall enter.

**SO ORDERED.**

August 20, 2021                              /s/ Allison D. Burroughs
                                             ALLISON D. BURROUGHS
                                             UNITED STATES DISTRICT JUDGE